Chief Judge David G. Estudillo

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

UNITED STATES OF AMERICA,

           Plaintiff

11
12

           v.

13

BRYSON GILL,

14

           Defendant.

15

NO. CR23-5085-03DGE

ORDER GRANTING STAY OF
RELEASE ORDER

16      This matter comes before the Court on the emergency motion of the United States

17 for an order staying the release of defendant Bryson Gill, per an order issued by

18 Magistrate Judge Michael T. Morrissey of the District of Arizona. The Court, having

19 considered the motion and being otherwise fully advised, now, therefore

20      ORDERS that defendant's release is stayed. Defendant shall remain in temporary

21 detention pending a further order of this Court.

22      The Government SHALL file a status report no later than 5:00PM on April 7,

23 2023, identifying when a detention hearing can be scheduled before this Court to conduct

24 a de novo review of the Magistrate Judge's release order pursuant to 18 U.S.C. 3145(a).

25
26
27
28

ORDER STAYING RELEASE
*United States v. Bryson Gill* / CR23-5085-03 DGE

1      DATED this 6th day of April, 2023.

2

3

4

         David G. Estudillo

5          United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER STAYING RELEASE
*United States v. Bryson Gill* / CR23-5085-03 DGE