The Honorable David G. Estudillo

FILED ____ LODGED
____ RECEIVED

FEB 07 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR23-5085-DGE-3 |
|---|---|
| Plaintiff, | |
| v. | **SUPERSEDING INFORMATION** |
| 3.   BRYSON GILL, | **(AS TO DEFENDANT** |
| Defendant. | **BRYSON GILL ONLY)** |

The United States Attorney charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, and continuing until at least March 22, 2023, in Pierce, Mason, Clark, and King Counties, within the Western District of Washington, and elsewhere, BRYSON GILL, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), methamphetamine, and heroin, substances controlled under Title 21, United States Code.

The United States Attorney further alleges that BRYSON GILL's conduct as a member of the conspiracy charged in Count 1, which includes the reasonably foreseeable

Superseding Information - 1
*United States v. Bryson Gill*, CR23-5085-DGE-3
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

conduct of other members of the conspiracy charged in Count 1, involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

The United States Attorney further alleges that BRYSON GILL's conduct as a member of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

The United States Attorney further alleges that BRYSON GILL's conduct as a member of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 1,000 grams or more of a mixture or substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT 2

**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about December 9, 2022, in Pierce County, within the Western District of Washington, BRYSON GILL knowingly possessed firearms, that is, a Winchester 1300 12-gauge shotgun, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, *Conspiracy to Distribute Controlled Substances*, as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

Superseding Information - 2
*United States v. Bryson Gill*, CR23-5085-DGE-3
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## COUNT 3

### (Conspiracy to Commit Money Laundering)

**A.     The Conspiracy**

Beginning at a time unknown, and continuing until at least March 16, 2023, in Pierce, Mason, Clark, and King Counties, within the Western District of Washington, and elsewhere, BRYSON GILL, and others known and unknown, did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956 and Section 1957, to wit:

1.      To knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is Conspiracy to Distribute Controlled Substances, as charged in Count 1, with the intent to promote the carrying on of specified unlawful activity, that is Distribution of Controlled Substances, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i);

2.      To knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, Conspiracy to Distribute Controlled Substances, as charged in Count 1, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

Superseding Information - 3
*United States v. Bryson Gill*, CR23-5085-DGE-3
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

3. To knowingly engage and attempt to engage, in monetary transactions by, through or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is a deposit, withdrawal, transfer, and exchange of United States currency, funds, and monetary instruments, such property having been derived from a specified unlawful activity, that is, Conspiracy to Distribute Controlled Substances, as charged in Count 1, in violation of Title 18, United States Code, Section 1957.

**B.    Manner and Means**

The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

1. BRYSON GILL, and others known and unknown, formed business entities including, without limitation, Family Ties Enterprise, LLC, doing business as Kash Flo Kennels, Kash Flo Klothing, Kash Flo Kuisine, and Kash Flo Kurrency (collectively, "Family Ties"), and Kash Flo Kennels AZ LLC ("KFK AZ"), which BRYSON GILL and others used and intended to use, at least in part, to conceal and disguise the nature, location, source, ownership, and control of proceeds of the distribution of controlled substances.

2. BRYSON GILL, and others known and unknown, opened accounts in Family Ties' name at financial institutions including, without limitation, Washington State Employees Credit Union ("WSECU") and Block, Inc. ("Cash App"), with the design of using the accounts, at least in part, to conceal and disguise the nature, location, source, ownership, and control of proceeds of the distribution of controlled substances.

3. BRYSON GILL, and others known and unknown, deposited proceeds of the distribution of controlled substances in the form of United States currency in Family Ties' accounts including, without limitation, its WSECU account ending -5078, all with the design to conceal and disguise the nature, location, source, ownership, and control of proceeds of the distribution of controlled substances.

Superseding Information - 4
United States v. Bryson Gill, CR23-5085-DGE-3
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

4. BRYSON GILL, and others known and unknown, directed purchasers of controlled substances to send funds used to purchase controlled substances to Family Ties' Cash App account and to include notes for the transactions that falsely stated the funds were for payment of legitimate goods and services purchased from Family Ties, including dogs, dog supplies, and dog training and boarding services, among others, all with the design to conceal and disguise the nature, location, source, ownership, and control of proceeds of the distribution of controlled substances.

5. BRYSON GILL, and others known and unknown, sent funds in Family Ties' Cash App account, which contained proceeds of the distribution of controlled substances, to Family Ties' WSECU account ending -5078 and to the CashApp accounts of other members of the conspiracy to distribute controlled substances, all with the design to conceal and disguise the nature, location, source, ownership, and control of proceeds of the distribution of controlled substances.

6. BRYSON GILL, and others known and unknown, used United States currency and funds in Family Ties' WSECU account ending -5078, which contained proceeds of the distribution of controlled substances, to purchase jewelry, luxury vehicles, and other goods and services for BRYSON GILL's and others' personal benefit, all with the design to conceal and disguise the nature, location, source, ownership, and control of proceeds of the distribution of controlled substances.

7. BRYSON GILL, and others known and unknown, paid salaries to members of the conspiracy including, using funds containing proceeds of the distribution of controlled substances, all with the design to conceal and disguise the nature, location, source, ownership, and control of proceeds of the distribution of controlled substances.

8. BRYSON GILL, and others known and unknown, filed federal tax returns falsely claiming that proceeds of the distribution of controlled substances deposited in Family Ties' accounts represented revenues from Family Ties' purported legitimate business activities, and that salaries paid to members of the conspiracy

Superseding Information - 5
*United States v. Bryson Gill*, CR23-5085-DGE-3
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

represented legitimate business expenses, all with the design to conceal and disguise the nature, location, source, ownership, and control of proceeds of the distribution of controlled substances.

9. BRYSON GILL, and others known and unknown, filed federal tax returns falsely claiming that proceeds of the distribution of controlled substances deposited in Family Ties' accounts represented revenues from Family Ties' purported legitimate business activities, and that salaries paid to members of the conspiracy represented legitimate business expenses, all with the design to conceal and disguise the nature, location, source, ownership, and control of proceeds of the distribution of controlled substances.

10. Co-conspirators formed business entities including, without limitation, Sonoran Asset Management LLC ("Sonoran"), which they used to pay salaries to members of the conspiracy including, without limitation, BRYSON GILL, using funds containing proceeds of the distribution of controlled substances, all with the design to conceal and disguise the nature, location, source, ownership, and control of proceeds of the distribution of controlled substances.

11. BRYSON GILL, and others known and unknown, used proceeds of the distribution of controlled substances to purchase real properties located at 49 & 50 County Road N9012, Concho, Arizona, 85924 (collectively, the "Concho Parcels"), for the benefit of BRYSON GILL and others, using nominal owners, all with the design to conceal and disguise the nature, location, source, ownership, and control of proceeds of the distribution of controlled substances.

12. BRYSON GILL, and others known and unknown, used proceeds of the distribution of controlled substances to purchase equipment and bulk chemical compounds commonly used to manufacture controlled substances including, without limitation, a pill press, caffeine anhydrous, and lactose, which they intended to use to promote the conspiracy to distribute controlled substances described above.

Superseding Information - 6
*United States v. Bryson Gill*, CR23-5085-DGE-3
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

13.     BRYSON GILL, and others known and unknown, used proceeds of the distribution of controlled substances to pay for real property used in furtherance of the conspiracy to distribute controlled substances described above.

14.     BRYSON GILL, and others known and unknown, deposited more than $10,000 in proceeds of the distribution of controlled substances in Family Ties' WSECU account ending -5078.

15.     BRYSON GILL, and others known and unknown, used more than $10,000 in proceeds of the distribution of controlled substances to purchase real and personal property including, without limitation, the Concho Parcels, jewelry, and luxury vehicles.

16.     BRYSON GILL, and others known and unknown, conducted, caused to be conducted, and aided and abetted the conducting of the following financial and monetary transactions on or about the following dates, among others:

| Date | Amount | Description of Transactions |
|---|---|---|
| 01/20/2021 | $1,800.00 | Transfer of funds via Cash App from J.R. to C.L.M. |
| 03/31/2021 | $2,792.72 | Transfer of funds from Bank of America account ending -3500 to LFA Machines Bichester in connection with purchase of TDP 5 pill press |
| 04/10/2021 | $11,000.00 | Transfer of United States currency to Payless Auto Sales Inc in connection with purchase of 2013 Land Rover |
| 04/19/2021 | $4,916.26 | Transfer of funds from Bank of America account ending -3500 to LFA Machines Bichester in connection with purchase of TDP 5 pill press |
| 04/30/2021 | $1,000.00 | Transfer of funds via Cash App from J.R. to C.L.M. |
| 05/12/2021 | $1,500.00 | Transfer of funds via Cash App from J.R. to C.L.M. |
| 05/18/2021 | $1,083.12 | Transfer of funds from WSECU account ending -5078 to Ingredient Depot in connection with purchase of caffeine anhydrous |
| 05/26/2021 | $242.71 | Transfer of funds from WSECU account ending -5078 to Ingredient Depot in connection with purchase of lactose |
| 06/30/2021 | $27,500.00 | Deposit of United States currency in WSECU account ending -5078 |
| 08/13/2021 | $18,000.00 | Deposit of United States currency in WSECU account ending -5078 |

Superseding Information - 7
*United States v. Bryson Gill*, CR23-5085-DGE-3
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| Date | Amount | Description of Transactions |
|---|---|---|
| 08/30/2021 | $20,000.00 | Deposit of United States currency in WSECU account ending -5078 |
| 09/03/2021 | $1,000.00 | Transfer of funds via Cash App from J.R. to C.L.M. |
| 09/17/2021 | $1,595.00 | Transfer of funds via Cash App from Family Ties Enterprise LLC to J.R. |
| 09/20/2021 | $30,000.00 | Deposit of United States currency in WSECU account ending -5078 |
| 09/25/2021 | $1,500.00 | Transfer of funds via Cash App from J.R. to C.L.M. |
| 10/07/2021 | $9,000.00 | Transfer of United States currency to Northwest Motorsport in connection with purchase of 2020 GMC Sierra 2500HD 4WD |
| 10/23/2021 | $1,400.00 | Transfer of funds via Cash App from Family Ties Enterprise LLC to J.R. |
| 10/28/2021 | $10,020.00 | Deposit of United States currency in WSECU account ending -5078 |
| 11/05/2021 | $1,000.00 | Transfer of funds via Cash App from Family Ties Enterprise LLC to C.L.M. |
| 11/17/2021 | $20,000.00 | Deposit of United States currency in WSECU account ending -5078 |
| 12/01/2021 | $23,100.00 | Deposit of United States currency in WSECU account ending -5078 |
| 12/06/2021 | $16,420.00 | Deposit of United States currency in WSECU account ending -5078 |
| 12/06/2021 | $3,347.21 | Transfer of funds from Bank of America account ending -3500 with notation rps*Muse Rd |
| 12/20/2021 | $281,460.00 | Deposit of United States currency in WSECU account ending -5078 |
| 12/24/2021 | $1,595.48 | Transfer of funds from Bank of America account ending -3500 to WSECU account ending -5072 with notation Payroll Sonoran Asset Management |
| 01/05/2022 | $3,037.49 | Transfer of funds from WSECU account ending -5078 rps*Muse Rd |
| 01/07/2022 | $1,597.57 | Transfer of funds from Bank of America account ending -3500 to WSECU account ending -5072 with notation Payroll Sonoran Asset Management |
| 01/21/2022 | $1,597.58 | Transfer of funds from Bank of America account ending -3500 to WSECU account ending -5072 with notation Payroll Sonoran Asset Management |
| 02/08/2022 | $1,597.57 | Transfer of funds from Bank of America account ending -3500 to WSECU account ending -5072 with notation Payroll Sonoran Asset Management |

Superseding Information - 8
*United States v. Bryson Gill*, CR23-5085-DGE-3
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| Date | Amount | Description of Transactions |
|---|---|---|
| 02/18/2022 | $1,597.58 | Transfer of funds from Bank of America account ending -3500 to WSECU account ending -5072 with notation Payroll Sonoran Asset Management |
| 03/14/2022 | $5,000.00 | Transfer of funds via Cash App from C.L.M. to Family Ties Enterprise LLC |
| 04/12/2022 | $1,000.00 | Transfer of funds via Cash App from Family Ties Enterprise LLC to J.R. |
| 04/12/2022 | $400.00 | Transfer of funds via Cash App from J.R. to C.L.M. |
| 04/23/2022 | $2,500.00 | Transfer of funds via Cash App from Family Ties Enterprise LLC to J.R. |
| 05/21/2022 | $23,500.00 | Transfer of United States currency to Catalina Holdings Inc. in connection with purchase of jewelry |
| 05/21/2022 | $17,810.00 | Transfer of funds to Catalina Holdings Inc. from WSECU account ending -5078 in connection with purchase of jewelry |
| 06/19/2022 | $550.00 | Transfer of funds via Cash App from Family Ties Enterprise LLC to J.R. |
| 06/28/2022 | $4,000.00 | Transfer of funds via Cash App from Family Ties Enterprise LLC to Capri Jewelers |
| 07/06/2022 | $25,100.00 | Deposit of United States currency in WSECU account ending -5078 |
| 08/28/2022 | $39,000.00 | Transfer of United States currency to BMW of Spokane in connection with purchase of 2022 BMW X6 |
| 09/06/2022 | $19,000.00 | Deposit of United States currency in WSECU account ending -5078 |
| 09/08/2022 | $2,000.00 | Transfer of funds via Cash App from Family Ties Enterprise LLC to J.R. |
| 09/08/2022 | $2,400.00 | Transfer of funds via Cash App from J.R. to Family Ties Enterprise LLC |
| 09/09/2022 | $14,960.00 | Deposit of United States currency in WSECU account ending -5078 |
| 09/21/2022 | $37,000.00 | Transfer of Wells Fargo cashier's check no. 0883502446 in connection with purchase of 49 County Road N9012, Concho, Arizona, 85924 |
| 09/26/2022 | $23,030.00 | Deposit of United States currency in WSECU account ending -5078 |
| 10/05/2022 | $10,020.00 | Deposit of United States currency in WSECU account ending -5078 |
| 10/11/2022 | $16,000.00 | Deposit of United States currency in WSECU account ending -5078 |
| 10/12/2022 | $1,000.00 | Transfer of funds via Cash App from Family Ties Enterprise LLC to El Cuh |

Superseding Information - 9
United States v. Bryson Gill, CR23-5085-DGE-3
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| Date | Amount | Description of Transactions |
|---|---|---|
| 10/31/2022 | $27,860.00 | Deposit of United States currency in WSECU account ending -5078 |
| 11/28/2022 | $33,000.00 | Deposit of United States currency in WSECU account ending -5078 |
| 12/05/2022 | $4,000.00 | Transfer of funds via Cash App from Family Ties Enterprise LLC to El Cuh |
| 12/16/2022 | $22,000.00 | Deposit of United States currency in WSECU account ending -4914 |
| 12/16/2022 | $22,000.00 | Transfer of funds from WSECU account ending -4914 to Pioneer Title Agency Inc. for the benefit of L.G. in connection with purchase of 49 County Road N9012, Concho, Arizona, 85924 |
| 12/28/2022 | $15,000.00 | Deposit of United States currency in WSECU account ending -5078 |

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1–3 of this Superseding Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, BRYSON GILL shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting or derived from proceeds traceable to the offense, as well as any property used or intended to be used to facilitate the offense. This property includes, but is not limited to:

a. a judgment for a sum of money (also known as a forfeiture money judgment) in an amount representing the proceeds the defendant obtained, directly and indirectly, as a result of his commission of the offense;

b. the real property with address 50 County Road N9012, Concho, Arizona, 85924;

c. the real property with address 49 County Road N9012, Concho, Arizona, 85924;

d. the following amounts of United States currency, seized from 9013 204th

Superseding Information - 10
United States v. Bryson Gill, CR23-5085-DGE-3
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Street East, Graham, WA, on or about December 9, 2022:

- $59,799.00;
- $10,415.00;
- $6,512.00;
- $1,745.00;
- $1,238.00; and
- $34.00;

e. $2,610.00 in United States currency seized from a purse on the floor of 22721 West Grove Street, Buckeye, WA, on or about March 22, 2023;

f. $1,795.47 in United States funds seized from Washington State Employees Credit Union account ending -5078 on or about March 22, 2023;

g. the following vehicles seized from 9013 204th Street East, Graham, WA, on or about December 9, 2022:

- one 2018 Dodge Charger, VIN: 2C3CDXL93JH328602; and
- one 2016 Polaris RZR;

h. the following firearms, firearm accessories, and ammunition seized from 931 SE State Route 3, Shelton, WA, on or about December 9, 2022:

- one Mossberg 500 12-gauge shotgun; and
- one Smith & Wesson M&P 15 5.56 caliber rifle with magazine; ans

i. the following firearms, firearm accessories, and ammunition seized from 49 & 50 North 9012, Concho, AZ, on or about March 22, 2023:

- one Smith & Wesson 4013 handgun, bearing serial number VBA3729;
- one Glock GMBH 22 pistol, bearing serial number YVB129;
- one HS Produkt (IM METAL) Model XD40 pistol, bearing serial number US407482;
- one Aero Precision M4E1, bearing serial number 4JULY-4311;
- one FN Herstal PS90 rifle, bearing serial number FN065952;

Superseding Information - 11
United States v. Bryson Gill, CR23-5085-DGE-3
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

- one Smith & Wesson CS45 Chiefs Special pistol, bearing serial number VJC7049;
- one Sig Sauer P250 handgun, bearing serial number EAK019664;
- two Polymer80 Inc PF940C pistols;
- one Glock GMBH 27 handgun, bearing serial number HSA472;
- one Ruger Security six revolver, bearing serial number 153-39369;
- one Smith & Wesson 38 Airweight revolver;
- one Smith & Wesson SD9VE pistol, bearing serial number FXT8383;
- one Calwestco Inc. J22 pistol, bearing serial number 550432;
- one Glock GMBH Model 35 pistol, bearing serial number HBR558;
- one Hawk Industries Inc. Nef Pardner shotgun, bearing serial number NZ722392;
- one Stoeger P3000 shotgun, bearing serial number 1914198;
- one JLD Enterprises PTR-91 rifle, bearing serial number A5740;
- one Belgium 1893 Nagant revolver, bearing serial number EC740;
- one Honor Defense LLC Honor Guard pistol, bearing serial number 14211;
- one Glock GMBH Model 20 pistol, bearing serial number BMTF432;
- one Fratelli Tanfoglio pistol, bearing serial number EB32336;
- one Unique Model 17 pistol, bearing serial number 400095;
- one HS Produkt XD40SL pistol, bearing serial number XD421487;
- one Chongqing Jianshe Machinery M12AK shotgun, SN ML2002251;
- one Hatsan Escort Magnum shotgun, bearing serial number 300477;
- one Anderson AM-15 rifle, bearing serial number 18046872;
- one Tokarev Savuma Silah Sanay 12 gauge shotgun, bearing serial number 52-I21YD-3039;
- one Sig Sauer 556 rifle, bearing serial number JT019335;

Superseding Information - 12
*United States v. Bryson Gill*, CR23-5085-DGE-3
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

- one Hi-Point Model C pistol, bearing serial number P10108566;
- one Glock GMBH pistol, bearing serial number HZW728 and HZW625;
- one Polymer80 Inc. PF45 pistol;
- one Radical Firearms RF-15 rifle, bearing serial number 19-104951;
- one Hi-Point 4095TS rifle, bearing serial number H37920;
- one Masterpiece Arms handgun, bearing serial number A11347;
- one Volunteer Enterprises Commando MK III rifle, bearing SN 45P00715;
- one Hatsan Escort shotgun, bearing serial number 915848;
- one HS Produkt XD40 pistol, bearing serial number BY447365;
- one HS Produkt XD45 pistol, bearing serial number GM475888;
- one Anderson AM-15 rifle, bearing serial number 16422209;
- one AR style rifle;
- one Standard Manufacturing DP-12 shotgun, SN: DP12096;
- one ROMARM Micro Draco pistol, SN: 21PMD-24859;
- one SOTA Arms Inc. rifle, bearing serial number 3577;
- one Yugoslavia rifle/knife, bearing serial number L-460011;
- one Norinco rifle, bearing serial number 10396588;
- one unmarked Micro rifle;
- one Arsenal SAM7 rifle; and
- any associated accessories, magazines, and ammunition.

Upon conviction of the offense alleged in Count 2, BRYSON GILL shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in or used in the offense.

Upon conviction of the offense alleged in Count 3, BRYSON GILL shall forfeit to

Superseding Information - 13
United States v. Bryson Gill, CR23-5085-DGE-3
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

the United States, pursuant Title 18, United States Code, Section 982(a)(1), any property involved in, or traceable to property involved in, the offense. This property includes, but is not limited to:

    a. a forfeiture money judgment in an amount representing the value of the property involved in the offense;

    b. the real property with address 50 County Road N9012, Concho, Arizona, 85924;

    c. the real property with address 49 County Road N9012, Concho, Arizona, 85924;

    d. the following amounts of United States currency, seized from 9013 204th Street East, Graham, WA, on or about December 9, 2022:

- $59,799.00;
- $10,415.00;
- $6,512.00;
- $1,745.00;
- $1,238.00; and
- $34.00;

    e. $1,795.47 in United States funds seized from Washington State Employees Credit Union account ending -5078 on or about March 22, 2023; and

    f. the following vehicles seized from 9013 204th Street East, Graham, WA, on or about December 9, 2022:

- one 2018 Dodge Charger, VIN: 2C3CDXL93JH328602; and
- one 2016 Polaris RZR.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    1. cannot be located upon the exercise of due diligence;

    2. has been transferred or sold to, or deposited with a third party;

Superseding Information - 14
United States v. Bryson Gill, CR23-5085-DGE-3
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  3. has been placed beyond the jurisdiction of the Court;
2  4. has been substantially diminished in value; or,
3  5. has been commingled with other property which cannot be divided
4     without difficulty;
5  it is the intent of the United States to seek the forfeiture of any other property of the
6  defendant, up to the value of the above-described forfeitable property, pursuant to
7  Title 21, United States Code, Section 853(p).
8  DATED this 7th day of February, 2025.

TESSA M. GORMAN
United States Attorney

VINCENT T. LOMBARDI
Assistant United States Attorney

ZACHARY W. DILLON
MAX B. SHINER
JEHIEL I. BAER
Assistant United States Attorneys

Superseding Information - 15
United States v. Bryson Gill, CR23-5085-DGE-3
USAO No. 2021R00945

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800