The Hon. David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESSE JAMES BAILEY, *et al.*, <br><br> Defendants. | NO. CR23-5085-DGE <br><br> **FIFTH NOTICE REGARDING FORFEITURE** |

The United States, by and through its undersigned counsel, hereby gives notice that the United States will not be pursuing any additional process to forfeit the following property as it has been administratively forfeited by the Drug Enforcement Administration (DEA) and will be processed pursuant to the DEA's administrative regulations and procedures:

1. The following property that was identified for forfeiture in the Indictment (Dkt. No. 1), the Amended Forfeiture Bill of Particulars (Dkt. No. 749), the Preliminary Order of Forfeiture and Declaration of Publication as to Defendant Warren (Dkt. Nos. 1145, 1219), and which Defendant Warren agreed to forfeit in his Plea Agreement (Dkt. No. 1018):

    a. One Mossberg 500 12-gauge shotgun;

    b. One Smith & Wesson M&P 15 5.56 caliber rifle; and

Fifth Notice Regarding Forfeiture - 1
*United States v. Jesse James Bailey, et al.;* CR23-5085-DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      c.    Any associated accessories, magazines, and ammunition.

*See* Exhibit A.

DATED this 15th day of April, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Fifth Notice Regarding Forfeiture - 2
*United States v. Jesse James Bailey, et al.;* CR23-5085-DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically serves the ECF participants of record.

        *s/Hannah G. Williams*
        HANNAH G. WILLIAMS
        FSA Supervisory Paralegal, Contractor
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101
        (206) 553-2242
        Fax: (206) 553-6934
        Hannah.Williams2@usdoj.gov

Fifth Notice Regarding Forfeiture - 3
*United States v. Jesse James Bailey, et al.;* CR23-5085-DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **EXHIBIT A**

U.S. Department of Justice

Drug Enforcement Administration

# DECLARATION OF ADMINISTRATIVE FORFEITURE

| | |
|---|---|
| Asset ID Number: | 23-DEA-698670 |
| Case Number: | RY-22-0033 |
| Judicial District: | Western District of Washington |
| Seizure Date: | 12/09/2022 |
| Seizure Location: | Shelton, WA |
| | |
| Asset Description: | Mossberg 500 12 Gauge Shotgun |
| Serial Number: | T753398 |
| Asset Value at Seizure: | $85.00 |

The property described above was taken into custody by the Drug Enforcement Administration for civil forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881. Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and Title 28, Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 21 U.S.C. Section 881, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

Signed by John Cipriani via the FR application     Date: 04/11/2025

Senior Attorney
Asset Forfeiture Section
Office of Chief Counsel

**U.S. Department of Justice**

Drug Enforcement Administration

## DECLARATION OF ADMINISTRATIVE FORFEITURE

| | |
|---|---|
| Asset ID Number: | 23-DEA-698677 |
| Case Number: | RY-22-0033 |
| Judicial District: | Western District of Washington |
| Seizure Date: | 12/09/2022 |
| Seizure Location: | Shelton, WA |
| Asset Description: | Smith and Wesson M&P 15 5.56 Caliber Rifle with magazine, VL: $476.00 |
| Serial Number: | See Items List |
| Asset Value at Seizure: | $476.00 |

The property described above was taken into custody by the Drug Enforcement Administration for civil forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881. Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and Title 28, Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 21 U.S.C. Section 881, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

Signed by Merri Hankins via the FR application            Date: 02/18/2025

Senior Attorney
Asset Forfeiture Section
Office of Chief Counsel

**Item List for Declaration of Administrative Forfeiture**

Asset ID: 23-DEA-698677

| Item No | Quantity | Item Description | Serial Number | Item Value At Seizure |
|---|---|---|---|---|
| 1 | 1 | Smith and Wesson M&P 15 5.56 Caliber Rifle | TM76437 | $475.00 |
| 2 | 1 | magazine | | $1.00 |